FILED
SUPERIOR COURT
OF GUAM

2021 APR 20 PM 2:52

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CM0165-18** |
| | GPD Report No. 18-09967 |
| v. | |
| | **DECISION AND ORDER** |
| **VICTOR TIO,** | **GRANTING DEFENDANT'S** |
| DOB: 03/15/1984 | **MOTION TO STRIKE RESTITTUTION** |
| | **CLAIM AND CLOSE CASE** |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on April 8, 2021 for hearing on Defendant Victor Tio's ("Defendant's") Motion to Strike Restitution Claim and Close Case ("Motion"). Assistant Attorney General Rolland B.C. Wimberley represents the People, and Attorney John Patrick Morrison represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Defendant's Motion.

### BACKGROUND

On April 4, 2018, Defendant was arrested and charged with Driving While Under the Influence of Alcohol (as a Misdemeanor), Reckless Driving With Property Damage (as a Petty Misdemeanor), and Leaving the Scene of an Accident with Property Damage (as a Petty Misdemeanor). Magistrate's Complaint (Apr. 5, 2018).

On July 10, 2018, Defendant pled guilty to *First Offender* Driving While Under the Influence of Alcohol (as a Misdemeanor). DWI Court Judgment and Commitment Order (Jul. 10, 2018). As part of Defendant's guilty plea, he was sentenced to two years of probation. Id. Restitution to the victim, Niholas Siotong, was to be determined on a future date. Id.

Decision and Order Granting Defendant's Motion to Strike Restitution Claim and Close Case
CM0165-18, *People of Guam v. Victor Tio*
Page 1 of 2

On October 13, 2020, Defendant satisfactorily completed all the terms and conditions of his probation. Informational Report Re: Probation Term (Oct. 13, 2020). No restitution claim had yet been submitted by the Attorney General's Office. Id.

On November 4, 2020, the People filed a restitution claim in the amount of $4,582.00. Submission of Restitution Summary (Nov. 4, 2020).

On February 23, 2021, Defendant filed his Motion to Strike Restitution Claim and Close Case, arguing that because Defendant's probation term had already ended, the Court has no jurisdiction to make a restitution order. Motion at 2.

The Court held a hearing on April 8, 2021. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

A lawful order for restitution survives the expiration of probation and the expiration of probation does not prevent the collection of restitution. *People v. Mallo*, 2008 Guam 23, ¶ 4.

In this case, no lawful order for restitution was ever made. Defendant's probation ended on July 10, 2020. The Court has no jurisdiction over the November 4, 2020 restitution claim because Defendant's probation had already ended. Furthermore, the People presented no good cause reason for their delay in bringing the restitution claim. The People had two years to submit their claim, and failed to meet that deadline.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** Defendant's Motion. Defendant shall not be ordered to pay any restitution. This case is to be closed because Defendant successfully completed all terms of his probation.

**IT IS SO ORDERED** this ___APR 2 0 2021___ *nunc pro tunc* April 8, 2021.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting Defendant's Motion to Strike Restitution Claim and Close Case
CM0165-18, *People of Guam v. Victor Tio*
Page 2 of 2